**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| LYDIA MURIITHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:09-cv-02928-DAK |
| vs. | ) | |
| | ) | |
| CHRISTIAN NICHOLAS &, | ) | **NOTICE OF DISMISSAL** |
| ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, LYDIA MURIITHI, by and through her attorneys, and hereby

advises the Court that she is dismissing the above-captioned matter without prejudice.

Respectfully Submitted,

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (29092)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
Phone:  (888) 595-9111, ext. 712
Fax:  (866) 382-0092
mluxenburg@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2010, a copy of the foregoing Notice of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (29092)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
Phone:  (888) 595-9111, ext. 712
Fax:  (866) 382-0092
mluxenburg@attorneysforconsumers.com